IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION            Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### ORDER GRANTING JOINT STIPULATED MOTION FOR EXCESS PAGES

Plaintiffs and Defendants filed a Stipulated Motion for Excess Pages ("Motion"). Doc. 107. Having considered the Motion, the Court orders as follows.

1. Defendants may file a joint motion to dismiss ("Joint MTD") Plaintiffs' Complaint. Doc. 86.

    A. Defendants' brief supporting their Joint MTD shall be limited to fifty pages (excluding any pages for the motion itself). Defendants may file up to an additional twenty-five pages summarizing the law related to the state-law causes of action raised in the Complaint, but not containing additional substantive arguments beyond the scope of Defendants' joint moving brief.

    B. Plaintiffs' response to Defendants' Joint MTD shall be limited to fifty pages. Plaintiffs may file up to an additional twenty-five pages of appendices summarizing the law related to the state-law causes of action raised in the Complaint, but not containing additional substantive argument beyond the scope of Plaintiffs' response.

    C. Defendants' reply supporting their Joint MTD shall be limited to thirty pages.

2.  Each defendant may file a concise individual motion to dismiss the Complaint.

    A.  Any individual motion to dismiss the Complaint filed by a defendant shall each not exceed twelve pages (excluding any pages for the motion itself).

    B.  Plaintiffs' responses to Defendants' individual motions to dismiss shall each not exceed twelve pages.

    C.  Defendants' replies supporting their individual motions to dismiss shall each not exceed six pages.

3.  All of the page limits set by the Court are exclusive of any declarations or exhibits.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA