IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION        Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

### ORDER RESOLVING JOINT DISPUTE IN DEFENDANTS' FAVOR

This matter is before the Court on Plaintiffs and Defendants' ("Parties") Joint Notice of Dispute. Doc. 87. The Parties specifically disagree on when Defendants are required to respond and object to Plaintiffs' limited requests for documents made prior to the Court's order ruling on the Motion to Dismiss ("MTD"). *See generally id.* The Court's Initial Scheduling Order resolves the question. *See* Doc. 82 at 2. Defendants must serve their responses and objections no later than thirty days after the Court's MTD ruling. *Id.*

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA