# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN RE: SHALE OIL ANTITRUST LITIGATION    Case No. 1:24-md-03119-MLG-LF

This Order Relates to All Cases

## ORDER VACATING JUNE 17, 2025 MONTHLY STATUS CONFERENCE

On June 10, 2025, the Parties filed their Joint Status Report ("JSR"). Doc. 220. It reads that "[t]here are no outstanding issues on which the Parties at impasse." *Id.* at 2. The Court thus vacates the June 17, 2025 status conference. The Parties are to submit a JSR in anticipation of the July 15, 2025 status conference.

It is so ordered.

_____
UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA