## SEATING CHART
## 24–MD–3119 MLG- LF
## In Re: Shale Oil Antitrust Litigation
#### Moton to Intervene

DATE:   Tuesday, July 15, 2025, at 9:30 a.m.

Stephen Chuck, Kurt Summer, Jeff Zeiger, Earl Debrine, Ben Feuchter



_Fran Jennings_

Daniel Higgins

_Billy Trabando_   _Stephen Medlock_

_Tom Walsh_   _Boris Bershteyn_   _Candice Enders_

_Andrew Paik_   _Brian Moore_   Carmen Medici

Nicholas Smith   _Melanie Jack_   _Karin Swope_   Patrick Coughlin

Adam Steinhilber   Chris Dodd

# [BENCH]